| | |
|---|---|
| 1 | LAW OFFICES OF ROBERT SHATZKO, ESQ |
| | Robert Shatzko (SBN 164414) |
| 2 | 969G Edgewater Blvd. Ste. #1007 |
| | Foster City, California 94404 |
| 3 | Telephone: (650) 245-0601 |
| | Facsimile: (415)981-0222 |
| 4 | |
| | Associated Attorney for Plaintiff |
| 5 | RAMON GUEVARA |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | | |
|---|---|---|
| RAMON GUEVARA | ) | Case No. CV-10-5347 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **RESETTING BRIEFING SCHEDULE** |
| vs. | ) | **FOR DEFENDANT'S MOTION TO** |
| | ) | **DISMISS THIRD AMENDED** |
| MARRIOTT HOTEL SVCS. INC., | ) | **COMPLAINT** |
| | ) | |
| Defendants. | ) | Courtroom: 1 |
| | ) | Judge:    Saundra Brown Armstrong |
| | ) | |

STIPULATION & ORDER TO RESET DEADLINES FOR MOTION TO DISMISS / Case No. CV-10-5347 SBA

The parties by and through their respective attorneys of record hereby stipulate to extend the briefing schedule for Defendant Marriott Hotels, Inc., Motion to Dismiss Plaintiff's Third Amended Complaint. The Court has reset the motion hearing date from December 4th, 2012 to December 11th, 2012. Accordingly, the parties stipulate that the Opposition brief to said motion be filed and served no later than November 16th, 2012 and any Reply brief be filed and served no later than November 23rd, 2012.

It is so stipulated:

Dated: November 9, 2012

                                                                     Robert P. Shatzko, Esq.
                                        Attorney for Plaintiff Ramon Guevara

                                                                       Brian Wong, Esq.
                                        Attorneys for Defendant
                                        Marriott Hotel Services, Inc.

Good Cause Appearing for said Stipulation, It is so Ordered:

11/13/12                                                  Hon. Saundra B. Armstrong

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28