1  LAW OFFICES OF ROBERT SHATZKO, ESQ
   Robert Shatzko (SBN 164414)
2  969G Edgewater Blvd. Ste. #1007
   Foster City, California 94404
3  Telephone:  (650) 245-0601
   Facsimile:   (415)981-0222
4
    Associated Attorney for Plaintiff
5  RAMON GUEVARA

8                    UNITED STATES DISTRICT COURT

9             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND

11 RAMON GUEVARA                    )  Case No. CV-10-5347 SBA
                                    )
12         Plaintiff,                )  **STIPULATION AND ORDER**
                                    )  **RESETTING BRIEFING SCHEDULE**
13      vs.                          )  **FOR DEFENDANT'S MOTION TO**
                                    )  **DISMISS THIRD AMENDED**
14 MARRIOTT HOTEL SVCS. INC.,        )  **COMPLAINT**
                                    )
15         Defendants.               )  Courtroom:      1
                                    )  Judge:          Saundra Brown Armstrong
16                                   )

STIPULATION & ORDER TO RESET DEADLINES FOR MOTION TO DISMISS / Case No. CV-10-5347 SBA

The parties by and through their respective attorneys of record hereby stipulate to extend the briefing schedule for Defendant Marriott Hotels, Inc., Motion to Dismiss Plaintiff's Third Amended Complaint.  The Court has reset the motion hearing date from December 4th, 2012 to December 11th, 2012.  Accordingly, the parties stipulate that the Opposition brief to said motion be filed and served no later than November 16th, 2012 and any Reply brief be filed and served no later than November 23rd, 2012.

It is so stipulated:

Dated:  November 9, 2012
                                                                                                        _____
Robert P. Shatzko, Esq.
Attorney for Plaintiff Ramon Guevara

                                                                                                          _____
Brian Wong, Esq.
Attorneys for Defendant
Marriott Hotel Services, Inc.

Good Cause Appearing for said Stipulation, It is so Ordered:

11/13/12
                                                                                                          _____
Hon. Saundra B. Armstrong

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28